579 A.2d 877

Leah LELLOCK, Executrix of the Estate of Roger A. Lellock, Deceased and Leah Lellock, Monica Lellock, Rodge Lellock and Belinda Lellock, Sterling Lellock, and Kirk Lellock by Their Parent and Natural Guardian, Leah Lellock, Appellants,

v.

Arthur MELLINGER, III, Commonwealth of Pennsylvania, Department of Transportation and Borough of Ebensburg, Appellees.

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1990.

Decided Sept. 14, 1990.

Joseph E. Fieschko, Jr. and James C. Warmbrodt, Pittsburgh, for appellants.

Margaret A. McLean, Pittsburgh, for Borough of Ebensburg.

Eugene G. Berry, Office of Atty. Gen., Pittsburgh, for the Com.

Herman C. Kimpel, Dickie, McCamey & Chilcote, Pittsburgh, for Arthur Mellinger, III.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent and would go to the merits of the case.